[No. 19514.  Department Two.—July 2, 1895.]

W. H. HARRELSON, RESPONDENT, v. M. S. G. TOM-
ICH ET AL., APPELLANTS.

MORTGAGE—ORAL AGREEMENT FOR PAYMENT OF TAXES—FORECLOSURE—
EVIDENCE.—In an action to foreclose a mortgage, evidence of a con-
temporaneous parol agreement between the parties to the mortgage,
whereby the mortgagor undertook to pay the taxes which might be
assessed or levied upon the mortgage or the debt secured thereby, is
inadmissible, for the purpose of defeating the mortgagor's liability for
interest on the debt.

APPEAL from a judgment of the Superior Court of
Los Angeles County and from an order denying a new
trial.

This action was brought to foreclose a mortgage upon
property in Los Angeles county, given to secure a note
for sixteen thousand five hundred dollars, with interest
at the rate of eighteen per cent per annum. The
defendants pleaded in their answer that, at the time
and place when the note and mortgage were signed and
delivered, it was understood between the plaintiff and
the defendant, Maria S. G. Tomich, the mortgagor,
as part of the same contract and the same transaction as
the making of the note and mortgage, that the mort-
gagor would pay and discharge all taxes and assessments
which might be assessed or levied upon the money
loaned, or upon the mortgage. In support of this alle-
gation in the answer, evidence was offered by the de-
fendants of an oral agreement of the nature pleaded in
the answer, which offer was rejected. Further facts
are stated in the opinion of the court.

*W. T. Williams,* and *Reymert & Orfila,* for Appellants.

An agreement by the mortgagor to pay the mortgage
tax releases the mortgagor from any obligation to pay
the interest due upon the note. (Const., art. XIII, sec. 5;
*Burbridge* v. *Lemmert,* 99 Cal. 493; *Harralson* v. *Barrett,*
99 Cal. 607.) Oral testimony is admissible where the

validity of the agreement is the fact in dispute. (Code Civ. Proc., sec. 1856.)

*Albert M. Stephens*, for Respondent.

The parol evidence was not competent to prove that the mortgagor was obligated to pay the mortgage tax. (*Daw* v. *Niles*, 104 Cal. 106.)

BRITT, C.—The controlling question here is whether it was competent for defendants to prove an alleged oral agreement entered into by the parties to the mortgage, for the foreclosure of which plaintiff prosecutes this action, and contemporaneously with such mortgage, whereby the mortgagor undertook to pay the taxes which might be assessed or levied upon the mortgage or the debt secured by the same; this for the purpose of defeating plaintiff's claim to interest on the debt. The court below excluded such evidence, and rendered judgment for plaintiff. Counsel agree that the question presented is substantially the same as that in *Daw* v. *Niles*, 104 Cal. 106, which case was yet pending in this court when the briefs were filed on the present appeal. That case having been since decided adversely to the views of defendants, on its authority the judgment and order appealed from should be affirmed.

HAYNES, C., and BELCHER, C., concurred.

For the reasons given in the foregoing opinion the judgment and order appealed from are affirmed.

　　　　　McFARLAND, J., HENSHAW, J., TEMPLE, J.